CATHERINE COX, as Executrix of EDWARD P. MCGRATH, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30169.) CATHERINE COX, as Executrix of EDWARD P. MCGRATH, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30168.) — Order of this court in each case modified so as to read: Judgment reversed solely on the law and a new trial granted. This court has not yet considered the findings of fact. Foster, P. J., Coon, Halpern and Imrie, JJ., concur; Bergan, J., taking no part. [See *ante,* pp. 815, 846.]

■

FOURTH DEPARTMENT, OCTOBER, 1953.

(October 1, 1953.)

■

In the Matter of the Guardianship of GERALD L. PROCOPIO, an Infant.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order appointing a general guardian of the person of an infant.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Guardianship of CYNTHIA L. PROCOPIO, an Infant.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order appointing a general guardian of the person of an infant.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

HARRIETT KRUSE et al., Appellants, v. ROCHESTER TRANSIT CORPORATION, Respondent.— Order affirmed, with costs to the respondent to abide the event. All concur. (Appeal from an order setting aside the verdict of a jury in favor of plaintiffs and granting a new trial in a bus line negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.